| Case No: | 20-10804 AIH Judge: Arthur I. Harris | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- |
| Case Name: | ATRIUM GROUP INC. | Date Filed (f) or Converted (c): | 02/12/20 (f) |
| | | 341(a) Meeting Date: | 03/23/20 |
| For Period Ending: | 09/30/22 | Claims Bar Date: | 09/30/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. office furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. office fixtures | Unknown | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 2013 International Dump Truck | Unknown | 0.00 | | 0.00 | FA |
| 5. Caterpillar skid loader (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. Cadillac Escalade- leased (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Accounts Receivable | 546,492.00 | 0.00 | | 0.00 | FA |
| 8. Legal retainer (u) | 0.00 | 6,471.18 | | 6,471.18 | FA |
| 9. 2010 F 150 Financing overpayment (u) | 0.00 | 50.42 | | 50.42 | FA |
| 10. 2017 Chevy Financing overpayment (u) | 0.00 | 1,042.36 | | 1,042.36 | FA |
| 11. Tools and equipment (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. 2009 Chevy Express Van (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Chevy Box Truck (u) | 300.00 | 0.00 | | 0.00 | FA |
| 14. 2004 Chevy Box (u) | 500.00 | 0.00 | | 0.00 | FA |
| 15. 2009 Chevy HHR (u) | 1,100.00 | 0.00 | | 0.00 | FA |
| 16. 2010 Chevy HHR (u) | 1,100.00 | 0.00 | | 0.00 | FA |
| 17. Accounts Receivable-WELLS FARGO (u) | 0.00 | 5.00 | | 5.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $552,992.00 | $7,568.96 | | $7,568.96 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/8/22 Discussing with Key Bank a possible sale of two trucks with no lien along with the bank's secured trucks

LFORM1

Ver: 22.07b

| | | | |
|---|---|---|---|
| Case No: | 20-10804  AIH  Judge: Arthur I. Harris | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | ATRIUM GROUP INC. | Date Filed (f) or Converted (c): | 02/12/20 (f) |
| | | 341(a) Meeting Date: | 03/23/20 |
| | | Claims Bar Date: | 09/30/20 |

8/21  brian green, cpa preparing tax returns then we will submit final report

12/20  The order of abanondment appears to remove the remaining assets from the Trustee's administration.  If so, it appears remaining assets are not property of the Estate.  Counsel we were going to retain is reviewing the Order and will give us his opinion.  Also, the attorney for the bank granted the Order was going to consult with his client.  They may want us to sell their assets or may waive any interest and allow us to sell certain assets.

Initial Projected Date of Final Report (TFR): 12/30/21     Current Projected Date of Final Report (TFR): 12/30/22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 20-10804 -AIH | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | ATRIUM GROUP INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2237 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3852 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/20 | 10 | g m financial | Payment from debtor | 1229-000 | 1,042.36 | | 1,042.36 |
| 06/20/20 | 9 | wells fargo | Payment from debtor | 1229-000 | 50.42 | | 1,092.78 |
| 06/20/20 | 8 | searby llp | LEGAL RETAINER RECEIVED | 1229-000 | 6,471.18 | | 7,563.96 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.54 | 7,556.42 |
| 03/12/21 | 002001 | Insurance Partners Agency 2950 West Market St Akron, OH  44333 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 3.02 | 7,553.40 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.34 | 7,545.06 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.06 | 7,537.00 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.32 | 7,528.68 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.04 | 7,520.64 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.30 | 7,512.34 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.29 | 7,504.05 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.02 | 7,496.03 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.28 | 7,487.75 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.00 | 7,479.75 |
| 12/27/21 | 002002 | Siebert Keck Insurance Partners 2950 West Market Street Akron, Ohio  44333 | Chapter 7 bond premium Bond 3517690 | 2300-000 | | 4.80 | 7,474.95 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.26 | 7,466.69 |
| 01/15/22 | 17 | wells fargo | ACCOUNT RECEIVABLE | 1221-000 | 5.00 | | 7,471.69 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.25 | 7,463.44 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.44 | 7,456.00 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.23 | 7,447.77 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.96 | 7,439.81 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.21 | 7,431.60 |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.94 | 7,423.66 |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.20 | 7,415.46 |
| | | | Page Subtotals | | 7,568.96 | 153.50 | |

LFORM24

Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-10804 -AIH | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|
| Case Name: | ATRIUM GROUP INC. | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******2237 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3852 |  |  |
|  |  | Blanket Bond (per case limit): | $ 1,337,000.00 |
| For Period Ending: | 09/30/22 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/01/22 |  | Axos Bank | BANK SERVICE FEE | 2600-000 |  | 8.19 | 7,407.27 |

|  |  | COLUMN TOTALS | 7,568.96 | 161.69 | 7,407.27 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|  | Subtotal | | 7,568.96 | 161.69 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | Net | | 7,568.96 | 161.69 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | Checking Account (Non-Interest Earn - ********2237) | 7,568.96 | 161.69 | 7,407.27 |
|  |  | 7,568.96 | 161.69 | 7,407.27 |
|  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      8.19

Ver: 22.07b

LFORM24