UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: §
§
ATRIUM GROUP INC. § Case No. 20-10804 AIH
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/12/2020 . The undersigned trustee was appointed on 02/12/2020 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 7,568.96

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13.26 |
| Bank service fees | 194.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 7,361.56 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/30/2020 and the deadline for filing governmental claims was 09/30/2020 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,506.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,506.90 , for a total compensation of $ 1,506.90 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 42.65 , for total expenses of $ 42.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/01/2023     By:/s/TRUSTEE VIRGIL E. BROWN, JR.
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

| Case No: | 20-10804 | AIH | Judge: Arthur I. Harris | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | ATRIUM GROUP INC. | | | Date Filed (f) or Converted (c): | 02/12/20 (f) |
| | | | | 341(a) Meeting Date: | 03/23/20 |
| For Period Ending: | 04/01/23 | | | Claims Bar Date: | 09/30/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. office furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. office fixtures | Unknown | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 2013 International Dump Truck | Unknown | 0.00 | | 0.00 | FA |
| 5. Caterpillar skid loader | 0.00 | 0.00 | | 0.00 | FA |
| 6. Cadillac Escalade- leased (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Accounts Receivable | 546,492.00 | 0.00 | | 0.00 | FA |
| 8. Legal retainer (u) | 0.00 | 6,471.18 | | 6,471.18 | FA |
| 9. 2010 F 150 Financing overpayment (u) | 0.00 | 50.42 | | 50.42 | FA |
| 10. 2017 Chevy Financing overpayment (u) | 0.00 | 1,042.36 | | 1,042.36 | FA |
| 11. Tools and equipment (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. 2009 Chevy Express Van (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Chevy Box Truck (u) | 300.00 | 0.00 | | 0.00 | FA |
| 14. 2004 Chevy Box (u) | 500.00 | 0.00 | | 0.00 | FA |
| 15. 2009 Chevy HHR (u) | 1,100.00 | 0.00 | | 0.00 | FA |
| 16. 2010 Chevy HHR (u) | 1,100.00 | 0.00 | | 0.00 | FA |
| 17. Accounts Receivable-WELLS FARGO (u) | 0.00 | 5.00 | | 5.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $552,992.00 | $7,568.96 | | $7,568.96 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/22 Spoke with atty for Key Bank (Kirk Roessler ) several times.  Bank has  blanket lien on assets including trucks

LFORM1  UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 22.07g

| | | | |
|---|---|---|---|
| Case No: | 20-10804 AIH Judge: Arthur I. Harris | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | ATRIUM GROUP INC. | Date Filed (f) or Converted (c): | 02/12/20 (f) |
| | | 341(a) Meeting Date: | 03/23/20 |
| | | Claims Bar Date: | 09/30/20 |

Estate was claiming. Bank to schedule an auction and maybe our trucks. I am trying to reach an agreement with attorney regarding the sale or will abandon rest of assets.

9/8/22 Discussing with Key Bank a possible sale of two trucks with no lien along with the bank's secured trucks

8/21 brian green, cpa preparing tax returns then we will submit final report

12/20 The order of abanondment appears to remove the remaining assets from the Trustee's administration. If so, it appears remaining assets are not property of the Estate. Counsel we were going to retain is reviewing the Order and will give us his opinion. Also, the attorney for the bank granted the Order was going to consult with his client. They may want us to sell their assets or may waive any interest and allow us to sell certain assets.

Initial Projected Date of Final Report (TFR): 12/30/21        Current Projected Date of Final Report (TFR): 03/30/23

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-10804 -AIH | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | ATRIUM GROUP INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2237 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3852 | | | |
| For Period Ending: | 04/01/23 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/20 | 10 | g m financial | Payment from debtor | 1229-000 | 1,042.36 | | 1,042.36 |
| 06/20/20 | 9 | wells fargo | Payment from debtor | 1229-000 | 50.42 | | 1,092.78 |
| 06/20/20 | 8 | searby llp | LEGAL RETAINER RECEIVED | 1229-000 | 6,471.18 | | 7,563.96 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.54 | 7,556.42 |
| 03/12/21 | 002001 | Insurance Partners Agency<br>2950 West Market St<br>Akron, OH 44333 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 3.02 | 7,553.40 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.34 | 7,545.06 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.06 | 7,537.00 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.32 | 7,528.68 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.04 | 7,520.64 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.30 | 7,512.34 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.29 | 7,504.05 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.02 | 7,496.03 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.28 | 7,487.75 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.00 | 7,479.75 |
| 12/27/21 | 002002 | Siebert Keck Insurance Partners<br>2950 West Market Street<br>Akron, Ohio 44333 | Chapter 7 bond premium<br>Bond 3517690 | 2300-000 | | 4.80 | 7,474.95 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.26 | 7,466.69 |
| 01/15/22 | 17 | wells fargo | ACCOUNT RECEIVABLE | 1221-000 | 5.00 | | 7,471.69 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.25 | 7,463.44 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.44 | 7,456.00 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.23 | 7,447.77 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.96 | 7,439.81 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.21 | 7,431.60 |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.94 | 7,423.66 |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.20 | 7,415.46 |
| | | | Page Subtotals | | 7,568.96 | 153.50 | |

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 22.07g

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-10804 -AIH | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | ATRIUM GROUP INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2237 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3852 | | | |
| For Period Ending: | 04/01/23 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.19 | 7,407.27 |
| 10/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.91 | 7,399.36 |
| 11/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.17 | 7,391.19 |
| 12/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 7.90 | 7,383.29 |
| 01/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.15 | 7,375.14 |
| 01/20/23 | 002003 | Seibert Keck Insurance Partners | BOND PREMIUM | 2300-000 | | 5.44 | 7,369.70 |
| | | 2950 West Market Street | | | | | |
| | | Akron, Ohio 44333 | | | | | |
| 02/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.14 | 7,361.56 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 7,568.96 | 207.40 | 7,361.56 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,568.96 | 207.40 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,568.96 | 207.40 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********2237 | 7,568.96 | 207.40 | 7,361.56 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,568.96 | 207.40 | 7,361.56 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      53.90

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Date: April 01, 2023

Case Number: 20-10804  
Debtor Name: ATRIUM GROUP INC.  
Claims Bar Date: 09/30/20

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16<br>200<br>AFTFF03 | Brian R Greene, CPA<br>Colagiovanni & Greene<br>7840 Mayfield Road<br>Chesterland, Ohio 44026 | Administrative | Filed 03/30/23 | $2,835.00 | $0.00 | $2,835.00 |
| BOND<br>025<br>BOND | Insurance Partners Agency<br>2950 West Market St<br>Akron, OH 44333 | Administrative | Filed 03/12/21 | $7.82 | $7.82 | $0.00 |
| 000004A<br>066<br>UPT | Ohio Department of Taxation<br>Bankruptcy Division<br>150 E Gay Strret<br>21st Floor<br>Columbus, Ohio 43215 | Priority | Filed 07/14/20 | $18,706.98 | $0.00 | $18,706.98 |
| 000006<br>066<br>UPT | Ohio Bureau of Workers' Compensation<br>Legal Division Bankruptcy Unit<br>PO Box 15567<br>Columbus, Ohio 43215-0567 | Priority | Filed 07/20/20 | $622.38 | $0.00 | $622.38 |
| 000001<br>070<br>UC | Swift Financial LLC<br>625 Ride Pike<br>Building E, Suite 207<br>Conshohocken, PA 19428 | Unsecured | Filed 07/10/20 | $14,774.71 | $0.00 | $14,774.71 |
| 000002<br>070<br>UC | Highway Commercial Services, Inc.<br>1250 Walcutt Road<br>Columbus, OH 43228 | Unsecured | Filed 07/13/20 | $35,872.20 | $0.00 | $35,872.20 |
| 000003<br>070<br>UC | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 5227<br>Cincinnati, OH 45201-5227 | Unsecured | Filed 07/13/20 | $16,467.96 | $0.00 | $16,467.96 |
| 000005<br>070<br>UC | Tire and Wheel Service Center<br>6590 Mayfield Road<br>Cleveland, OH 44124 | Unsecured | Filed 07/20/20 | $5,317.69 | $0.00 | $5,317.69 |
| 000007<br>070<br>UC | Kurtz Bros. Central Ohio LLC<br>6055 A Westerville Road<br>Westerville, OH 43081 | Unsecured | Filed 07/24/20 | $123,777.04 | $0.00 | $123,777.04 |
| 000008<br>070<br>UC | United Rentals (N. America) Inc<br>6125 Lakeview Rd., Ste 300<br>Charlotte, NC 28269 | Unsecured | Filed 07/24/20 | $0.00 | $0.00 | $0.00 |
| 000009<br>070<br>UC | Prospect Huron Pointe LLC<br>James Sammon, KJK<br>1375 East 9th Street<br>29th Floor<br>Cleveland, OH 44114 | Unsecured | Filed 08/04/20<br>No amount claimed | $0.00 | $0.00 | $0.00 |

Case Number: 20-10804
Debtor Name: ATRIUM GROUP INC.
Claims Bar Date: 09/30/20

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 UC | Early Bird Construction Inc<br>12835 Kenyon Drive<br>Chesterland, OH 44026 | Unsecured | Filed 08/17/20 | $11,400.00 | $0.00 | $11,400.00 |
| 000011 070 UC | Chardon Hills, LLC<br>30539 Pinetree Road<br>Suite 227<br>Cleveland, OH 44124 | Unsecured | Filed 08/26/20 | $2,155,557.00 | $0.00 | $2,155,557.00 |
| 000012 070 UC | United Rentals (North America), Inc.<br>c/o Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, AZ 85285 | Unsecured | Filed 09/23/20 | $45,422.48 | $0.00 | $45,422.48 |
| 000013 070 UC | Caterpillar Financial Services Corp<br>Stacy L Black<br>2120 West End Avenue<br>Nashville, TN 37203 | Unsecured | Filed 09/28/20 | $15,008.48 | $0.00 | $15,008.48 |
| 14B 070 UC | Henderson, Schmidlin & McGarry Co LPA | Unsecured | Filed 09/30/20 | $116,778.44 | $0.00 | $116,778.44 |
| 15B 070 UC | KeyBank National Association | Unsecured | Filed 09/30/20 | $1,075,693.32 | $0.00 | $1,075,693.32 |
| 4B 074 UFINE | Ohio Department of Taxation | Unsecured | Filed 07/14/20 | $3,338.23 | $0.00 | $3,338.23 |
| 000014A 999 SC | Henderson, Schmidlin & McGarry Co., LPA<br>840 Brainard Road<br>Highland Heights, OH 44143 | Secured | Filed 09/30/20 | $21,864.99 | $0.00 | $21,864.99 |
| 000015A 999 SC | KeyBank National Association<br>c/o Julie E Zdolshek<br>4910 Tiedman Road<br>Brooklyn, Oh 44114 | Secured | Filed 09/30/20 | $552,992.00 | $0.00 | $552,992.00 |
| | Case Totals: | | | $4,216,436.72 | $7.82 | $4,216,428.90 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-10804 AIH
Case Name: ATRIUM GROUP INC.
Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.

Balance on hand $ 7,361.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014A | Henderson, Schmidlin & McGarry Co., LPA | $ 21,864.99 | $ 21,864.99 | $ 0.00 | $ 0.00 |
| 000015A | KeyBank National Association | $ 552,992.00 | $ 552,992.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 7,361.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE VIRGIL E. BROWN, JR. | $ 1,506.90 | $ 0.00 | $ 1,506.90 |
| Trustee Expenses: TRUSTEE VIRGIL E. BROWN, JR. | $ 42.65 | $ 0.00 | $ 42.65 |
| Accountant for Trustee Fees: Brian R Greene, CPA | $ 2,835.00 | $ 0.00 | $ 2,835.00 |
| Other: Insurance Partners Agency | $ 7.82 | $ 7.82 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,384.55

Remaining Balance $ 2,977.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 19,329.36  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Ohio Department of Taxation | $ 18,706.98 | $ 0.00 | $ 2,881.15 |
| 000006 | Ohio Bureau of Workers' Compensation | $ 622.38 | $ 0.00 | $ 95.86 |
| | Total to be paid to priority creditors | | | $ 2,977.01 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,616,069.32  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Swift Financial LLC | $ 14,774.71 | $ 0.00 | $ 0.00 |
| 000002 | Highway Commercial Services, Inc. | $ 35,872.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | U.S. Bank NA dba Elan Financial Services | $ 16,467.96 | $ 0.00 | $ 0.00 |
| 000005 | Tire and Wheel Service Center | $ 5,317.69 | $ 0.00 | $ 0.00 |
| 000007 | Kurtz Bros. Central Ohio LLC | $ 123,777.04 | $ 0.00 | $ 0.00 |
| 000009 | Prospect Huron Pointe LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | Early Bird Construction Inc | $ 11,400.00 | $ 0.00 | $ 0.00 |
| 000011 | Chardon Hills, LLC | $ 2,155,557.00 | $ 0.00 | $ 0.00 |
| 000012 | United Rentals (North America), Inc. | $ 45,422.48 | $ 0.00 | $ 0.00 |
| 000013 | Caterpillar Financial Services Corp | $ 15,008.48 | $ 0.00 | $ 0.00 |
| 14B | Henderson, Schmidlin & McGarry Co LPA | $ 116,778.44 | $ 0.00 | $ 0.00 |
| 15B | KeyBank National Association | $ 1,075,693.32 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,338.23 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4B | Ohio Department of Taxation | $ 3,338.23 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors   $ 0.00

Remaining Balance   $ 0.00